UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | CASE NO. _____ |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 68.49.186.211,** | * | |
| | * | |
| **Defendant.** | | |

## INABILITY TO CONFER

The Defendant in this case is a "John Doe" defendant. As such, the identity of the defendant and their contact information are unknown at this time. Without this information, it is impossible to schedule a discovery conference.

Respectfully submitted,
MALIBU MEDIA, LLC
PLAINTIFF

By: /s/*Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle &
    Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580