# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC,<br>     PLAINTIFF, | * | |
| vs. | * | Case No. 14-CV-00237 |
| [REDACTED],<br>     DEFENDANT. | *<br>****** | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for: Defendant [Redacted]

I certify that I am admitted to practice in this court.

_July 7, 2014_

*Date*

*Signature of Counsel*

  Mark Del Bianco          06580
*Print Name*          *Bar Number*

  Law Office of Mark C. Del Bianco
*Firm Name*

  3929 Washington Street
*Address*

  Kensington, MD 20895
*City/State/Zip*

  301-602-5892
*Phone No.*

  mark@markdelbianco.com
*Email Address*

U.S. District Court (6/14/2005) Entry of Appearance